IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANH TRAN DUC PHAM                                                                                    PLAINTIFF

v.                                         CASE NO. 3:22-CV-00126-BSM

UR MENDOZA JADDOU                                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE